Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**RECEIVED**

APR 28 2021

**U. S. DISTRICT COURT**
**EASTERN DISTRICT OF MO**
**ST. LOUIS**

# UNITED STATES DISTRICT COURT

for the

_Eastern_ District of _Missouri_

_Eastern_ Division

Robert M. Davis

_Plaintiff(s)_
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

St. Louis City Police Department,
St. Louis County Police Department
(see attached)

_Defendant(s)_
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Robert M. Davis |
| Street Address | 3917 San Francisco Ct. |
| City and County | St. Louis |
| State and Zip Code | MO. 63115 |
| Telephone Number | (314) 599-5694 |
| E-mail Address | |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name _St. Louis City Police Department_

Job or Title *(if known)*

Street Address _1915 Olive St_

City and County _St. Louis city_

State and Zip Code _MO 63103_

Telephone Number _(314) 231-1212_

E-mail Address *(if known)*

Defendant No. 2

Name _St. Louis County Police Department_

Job or Title *(if known)*

Street Address _7900 Forsyth Blvd._

City and County _Clayton_

State and Zip Code _MO 63105_

Telephone Number _(636) 529-8210_

E-mail Address *(if known)*

Defendant No. 3

Name _St. Charles County Police Department_

Job or Title *(if known)*

Street Address _101 Sheriff Dieker Ct._

City and County _O'Fallon_

State and Zip Code _MO 63366_

Telephone Number _(636) 949-3000_

E-mail Address *(if known)*

Defendant No. 4

Name _St. Charles City Police Department_

Job or Title *(if known)*

Street Address _1781 Zumbell Rd._

City and County _St. Charles._

State and Zip Code _MO. 63303_

Telephone Number _(636) 949-3300_

E-mail Address *(if known)*

( see attach ments )

Page 2 of 6

Defendant No. 1

St. Louis City Police Department

1915 Olive St.
St. Louis MO 63103

(314) 231-1212

b.	They defendant, St. Louis City Police Department, is incorporated under the laws of the State of Missouri, and has its principal place of business in the State of Missouri

C.	① kidnapped me 200 times

② stole 6 cars from me

③ stole 1 motorcycle from me

④ held me in inhumane conditions over 200 times

⑤ Beat me up while in handcuffs 3 times

⑥ held me hostage 200 times

⑦ held me for ransom

⑧ held me for more than 5 days without showering

⑨ sexually assaulted me

⑩ defamation of character

⑪ stole 3 guns from me

Defendant NO. 2

St. Louis County Police Department

7900 Forsyth Blvd.
Clayton MO 63105

(314) 529-8210

b.     The defendant, St. Louis County Police Department,
is incorporated under the laws of the State
of Missouri, and has its principal place
of business in the State of Missouri.

C. ① kidnapped me 50 times or more

② stole at least 3 guns from me

③ stole 5 ears from me

④ held me in inhumane conditions

⑤ held me for ransom 50 times

⑥ defamation of character

⑦ interigated me against my will

Defendant NO. 3

St. Charles County Police Department

101 Sheriff Dieker Ct.
O'fallon MO 63366

(636) 949-3000

b.       The defendant, St. Charles County Police Department,
is incorporated under the laws of the State
of Missouri, and has its principal place of
business in the State of Missouri

C · ① kidnapped me 6 times

② stole my car

③ held me hostage 6 times

④ held me for ransom 6 times

⑤ falsified documents

⑥ defamation of character

Defendant NO. 4

St. Charles City Police Department

b. 1781 Zumbehl Rd.
St. Charles MO 63303

(636) 949-3300

The defendant, St. Charles City Police Department, is incorporated under the laws of the State of Missouri, and has its principal place of business in the State of Missouri.

C. ① Kidnapped me 4 times

② held me hostage 4 times

③ held me for ransom

④ falsified documents

Defendant No. 5
      Pagedale Police Department

b.   1420 Ferguson Ave.
      St. Louis MO 63133

      (314) 726-1112

The defendant, Pagedale Police Department,
is incorporated under the laws of the
State of Missouri, and has its
principal place of business in the State
of Missouri.


C.   ① kidnapped me

     ② stole my car

     ③ held me hostage

     ④ held me for ransom

Defendant No. 6.

Upland Park Police Department

b. 6390 Natural Bridge Rd.
St. Louis MO 63121

(314) 383-2905

The defendant, Upland Park Police Department,
is incorporated under the laws of the State
of Missouri, and has its principal place
of business in the State of Missouri.

C. ① kidnapped me

② stole my car

③ held me hostage

④ held me for ransom

Defendant NO. 7

Normandy Police Department

b.   7700 Natural Bridge Rd.
     St. Louis MO 63121

(314) 385-3300

The defendant, Normandy Police Department,
is incorporated under the laws of the State
of Missouri, and has its principal place
of business in the State of Missouri.

C. ① kidnapped me 3 or more times

② stole my car 3 times

③ held me hostage

④ held me for ransom

⑤ defamation of character

⑥ falsified charges against me

Defendant NO. 8

Missouri Department of Social Services
-Family Support Division

b. 615 Howerton Court
PO Box 2320
Jefferson City MO
65102 - 2320

(866) 313-9960
(800) 859-7999

The defendant, Missouri Department of Social Services, Child Support Division, is incorporated under the laws of the State of Missouri, and has its principal place of Business in the State of Missouri.

C. ① tampered with my bank account
② tampered with my pay check
③ defamation of character

Defendant NO. 9

Moline Acres Police Department

b. 2449 Chambers Rd.
   St. Louis MO 63136

(314) 868-2433

The defendant, Moline Acres Police Department, is incorporated under the laws of the State of Missouri, and has its principal place of business in the State of Missouri.

C. ① kidnapped me 4 or more times

② held me hostage 4 or more times

③ took me to jail after an car accident instead of offering me medical care

④ falsified charges against me

⑤ sexually assaulted me

⑥ held me for ransom

⑦ defamation of character

Defendant No. 10

Beverly Hills Police Department

b. 7150 Natural Bridge Rd.
#160. St. Louis MO 63121

(314) 385-3111

The defendant, Beverly Hills Police Department.
is incorporated under the laws of the State
of Missouri, and has its principal place
of business in the State of Missouri.

C. ① Kidnapped me

② held me hostage

③ held me for ransom

Defendant NO. 11

Richmond Heights Police Department

D. 7447 Dale Ave.
Richmond Heights MO 63117

(314) 655-3630

The defendant, Richmond Heights Police Department, is incorporated under the laws of the State of Missouri, and has its principal place of business in the State of Missouri.

C. ① Kidnapped me 3 times

② held me hostage

③ held me for ransom

Defendant NO 12

North County Police Cooperative

b. 8027 Page Ave.
St. Louis MO 63130

(314) 428-7374

The defendant, North County Police Cooperative,
is incorporated under the laws of the
State of Missouri, and has its principal place
of business in the State of Missouri.

C. ① Kidnapped me

② held me hostage

③ stole my gun

④ held me for ransom

Defendant NO. 13

Ferguson City Police Department

b. 222 Florissant Rd.
Ferguson MO 63135

(314) 524-5280

The defendant, Ferguson City Police Department,
is incorporated under the laws of the
State of Missouri, and has its principal
place of business in the State of Missouri.

C. ① kidnapped me more than 8 times

② held me hostage 8 times or more

③ stole my car 3 times

④ held me for more than 5 days
with no shower

⑤ held me for ransom

⑥ defamation of character

Defendant NO. 14

Maryland Heights Police Department

b. 11911 Dorsett Rd.,
Maryland Heights MO 63043

(314) 298-8700

The defendant, Maryland Heights Police Department,
is incorporated under the laws of the State
of Missouri, and has its principal place of
business in the State of Missouri,

C. ① kidnapped me 6 times

② held me hostage

③ held me for more tha 5 days
with no shower

④ held me for ransom

⑤ delamation of character

Defendant NO. 15

St. Ann Police Department

b. 10405 St. Charles Rock Rd.
St. Ann MO 63074

(314) 428-6868

The defendant, St. Ann Police Department,
is incorporated under the laws of the
State of Missouri, and has its principal
place of business in the State of
Missouri.

C. ① Kidnapped me 6 times or more

② held me hostage

③ stole my car

④ held me for ransom

⑤ defamation of character

Defendant NO. 16

St. John Police Department

b. 8944 St. Charles Rock Rd.
#100. St. Louis MO 63114

(314) 427-8700

The defendant, St. John Police Department,
is incorporated under the laws of the State
of Missouri, and has its principal place
of business in the State of Missouri

C. ① Kidnapped me

② held me hostage

③ held me for ransom

Defendant NO. 17

Wellston Police Department

b. 1414 Evergreen Ave.
St. Louis MO 63133

(314) 553-8010

The defendant, Wellston Police Department,
is incorporated, under the laws of the
State of Missouri, and has its principal
place of business in the State of
Missouri.

C. ① kidnapped me 5 times

② held me hostage

③ stole my truck 3 times

④ assaulted me while in their custody

⑤ held me for ransom

⑥ held me for 3 or more days
without shower

⑦ stole my gun

Defendant NO. 18

Pinelawn Police Department

b. 6250 Steve Marre Ave.
   St. Louis MO 63121

(314) 261-0880

The defendant, Pinlawn Police Department,
is incorporated under the laws of the State
of Missouri, and has its principal place
of business in the State of Missouri.

C. ① kidnapped me 8 times

① held me hostage

③ stole my truck 4 times

④ held me for ransom

⑤ defamation of character

MOLEFLEXUS
MRO

Defendant NO. 19

Berkeley Police Department

b. 8340 Frost Ave.
Berkeley MO. 63134

(314) 524-3311

The defendant, Berkeley Police Department,
is incorporated, under the laws of the
State of Missouri, and has its principal
place of business in the State of
Missouri.

C. ① kidnapped me

② held me hostage

③ held me for ransom

④ defamation of character

Defendant NO. 20

Velda City Police Department

b. 2803 Maywood Ave.
St. Louis MO 63121

(314) 382-7004

The defendant, Velda City Police Department,
is incorporated, under the laws of the
State of Missouri, and has its principal
place of business in the State of
Missouri.

C. ① Kidnapped me

② held me hostage

③ stole my truck

④ held me for ransom

⑤ defamation of character

Defendant NO. #

Riverview Police Department

b. 9699 Lilac Dr.
St.Louis MO. 63137

(314) 868-9130

The defendant, Riverview Police Department,
is incorporated under the laws of the State
of Missouri, and has its principal place
of business in the State of Missouri.

C. ① kidnapped me

② falsified charges against me

③ extorted me for money

④ defamation of character

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question                          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- 1883 civil Rights act
- 1876 civil Rights act
- 1871 inforcement criminal law
- 1875 inforcement criminal law
- executive Order 1871
- treason of oath of
- Perry vs. Ohio
- Hale vs Hinckle
- Supremacy Claus
- Article VI/U.S constitu
- Donald M Bird v Gray
- Executive order 1871 Dec
- 1866 civil rights act.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)*   Robert M. Davis   , is a citizen of the

        State of *(name)*   Missouri   .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated

        under the laws of the State of *(name)* _____ ,

        and has its principal place of business in the State of *(name)*

        _____

        *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of

        the State of *(name)* _____ .  Or is a citizen of

        *(foreign nation)* _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

The defendant, *(name)* _St. Louis City Police Department_ is incorporated under

the laws of the State of *(name)* _Missouri_ , and has its

principal place of business in the State of *(name)* _Missouri_ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than \$75,000, not counting interest and costs of court, because *(explain)*:

_\$90,250,000.00_

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

_in the state of Missouri_

B.    What date and approximate time did the events giving rise to your claim(s) occur?

_between Jan. 2000 and April 2021_

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
Was anyone else involved? Who else saw what happened?)*

( please see attachments )

## IV.     Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you
sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation
could not be measured.

I've been traumatized to the point of PTSD. I get the shakes when
I see red + Bluelights. I've lost valuable time with my loved ones,
I've lost jobs, been portrayed as a criminal, treated like an animal
made to sleep on cold concrete and steel, mentally abused, I fear
the people who are hired to protect me.
I've been denied my basic human rights

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

I ask that the court over turn all sentences and dissmiss all
charges and expunge my record of all charges. I ask that these departmer
be restrained from contact with me as they continually harrass me to this day
I ask that I be paid $10,000.00 for each vehicle stolen, $250,000.00 for
each arrest, $10,000.00 for each sexual assault, $10,000.00 for each court apper
I'm entitled to these punitive money damages because these officers and departmen
Knowingly violated their oaths of office and duty, and continue to
harass me. I also ask that the court order all cases pertaining
to child support be dismissed and $10,000 paid for the tampering
with my bank accounts. And all properties returned to me.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          4/28/21

Signature of Plaintiff

Printed Name of Plaintiff          Robert  Davis

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address